# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS EPPERSON, JR., | 1:09-cv-02065-SMS (HC) |
|       Petitioner, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST RESPONDENT |
|   v. | [Doc. 4] |
| JAMES D. HARTLEY, | |
|       Respondent. | |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Petitioner filed the petition for writ of habeas corpus on November 16, 2009. On December 15, 2009, the Court directed Respondent to file a response within sixty days from the date of service of that order. Over sixty days have passed and Respondent has failed to file a response. Review of the certificate of service reveals that Respondent was served with this order at the appropriate address.

      Local Rule 110 provides that "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

///

///

1

1    Accordingly, it is HEREBY ORDERED within twenty (20) days of service of this order,
2 to SHOW CAUSE why appropriate sanctions should not be imposed for failing to obey a court
3 order.
4
5 IT IS SO ORDERED.
6 **Dated:    March 1, 2010**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE